UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| **ARIZA**, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LUXOTTICA RETAIL NORTH AMERICA**, an Ohio corporation d/b/a LensCrafters,<br><br>Defendant. | **JOINT STATUS REPORT REGARDING MEDIATION**<br><br>Case No. 17-cv-05216-PKC-RLM |

Pursuant to the Court's April 9, 2018 Order (ECF 44), the Parties provide the following joint status report regarding the status of mediation in the above-captioned litigation:

The Parties have not yet participated in mediation. Plaintiffs do not believe that mediation would be fruitful until further discovery has been taken such that they can make an informed demand. Defendant believes mediation will be fruitful but not until Plaintiffs have made a demand.

Dated: November 20, 2018

Respectfully submitted:

By: /s/ *Geoffrey Graber*
Theodore J. Leopold (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com

Andrew N. Friedman (admitted *pro hac vice*)
Geoffrey A. Graber (admitted *pro hac vice*)

By: /s/ *Michael A. Iannucci*
Frank A. Dante (admitted *pro hac vice*)
Michael A. Iannucci (admitted *pro hac vice*)
Courtney O'Brien (*pro hac vice* forthcoming)
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
dante@blankrome.com
iannucci@blankrome.com

Sally Handmaker Guido (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave NW
East Tower, 5th Floor
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
shguido@cohenmilstein.com

Michael B. Eisenkraft (ME6974)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile:  (212) 838-7745
meisenkraft@cohenmilstein.com

Steven Calamusa, Esq. (admitted *pro hac vice*)
**GORDON & DONER, P.A.**
4114 Northlake Blvd.,
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050
rgordon@foretheinjured.com
scalamusa@foretheinjured.com

*Counsel for Plaintiffs*

cobrien@blankrome.com

Michael L. Cioffi (*PHV to be filed*)
**BLANK ROME LLP**
1700 PNC Center
201 East Fifth Street
Cincinnati, OH
Telephone: (513) 362-8700
Facsimile:  (513) 362-8787
cioffi@blankrome.com

*Counsel for Defendant LensCrafters*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2018, a true and correct copy of the foregoing was served by email on all counsel or parties of record on the Service List below.

*/s/ Sally Handmaker Guido*

## SERVICE LIST

Frank A. Dante (admitted *pro hac vice*)
Michael A. Iannuci (admitted *pro hac vice*)
Courtney M. O'Brien (not yet admitted *pro hac vice*)
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
dante@blankrome.com
iannucci@blankrome.com
cobrien@blankrome.com

*Counsel for Defendant LensCrafters*