| | |
|---|---|
| THOMAS ALLEGRA, YESENIA ARIZA, MARIANA ELISE EMMERT, STUART ROGOFF, GRACELYNN TENAGLIA, and MELISSA VERRASTRO, individually and on behalf of others similarly situated, | CASE NO.: 1:17-cv-05216-PKC-LB |
| Plaintiffs, | CLASS ACTION |
| v. | SUPPLEMENTAL DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT |
| LUXOTTICA RETAIL NORTH AMERICA d/b/a LensCrafters, | Date: February 26, 2024<br>Time: 10:00 A.M.<br>Dept: Courtroom 4F |
| Defendant. | The Hon. Pamela K. Chen |

I, Scott M. Fenwick, declare as follows:

## INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. This declaration supplements the *Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on January

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in that certain Class Action Settlement Agreement (the "Settlement Agreement") entered into in this Action.

12, 2024 (the "Initial Declaration"), in order to provide confirmation that dissemination of the Notice to the Class has taken place, pursuant to the Preliminary Approval Order. The Initial Declaration is incorporated herein by reference in its entirety.

## THE NOTICE PROGRAM

3. As stated in the Initial Declaration, Kroll caused the Email Notice and Postcard Notice to be disseminated in substantially the form attached as Exhibit D to the Settlement Agreement by sending it out via e-mail to members of the Class for whom an e-mail address was available, and via first-class mail to the physical mailing address of members of the Class for whom no valid email addresses was available. The Email and Postcard Notices directed Class members to the Settlement Website for further details related to the Settlement.

4. The Postcard Notice and Email Notice directed Class members to the settlement website, which contains the Long Form Notice (in English and Spanish), the Claim Form, the Settlement Agreement, the motion for Preliminary Approval, the Preliminary Approval Order, the supporting motion papers requesting final approval of the Settlement, an award of attorneys' fees, costs, and expenses, and approval of the Service Awards, important dates and deadlines (including the date of the Final Approval Hearing), answers to frequently asked questions, and allowed Class Members an opportunity to file a Claim Form online.

## CLAIM ACTIVITY

5. As of February 12, 2024, Kroll has received 8,237 Claim Forms through the mail and 254,140 Claim Forms filed electronically through the settlement website, which collectively represent claims for 473,690 pairs of prescription eyeglasses based on the original data files provided by the Defendant. Kroll is still in the process of reviewing and validating Claim Forms.

## <u>CERTIFICATION</u>

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on February 12, 2024, in Inver Grove Heights, Minnesota.

_____
SCOTT M. FENWICK