# COHENMILSTEIN

Geoffrey Graber
(202) 408-4600
ggraber@cohenmilstein.com

February 27, 2024

**Via ECF**
The Honorable Pamela K. Chen, United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    *Ariza, et al. v. Luxottica Retail North America, Inc. d/b/a LensCrafters*
                      Case No. 1:17-cv-05216-PKC-LB

Dear Judge Chen:

      We write to update the Court regarding the current number of class members requesting exclusion ("opt-outs"). The current number of opt outs is 77. At the February 26, 2024 final approval hearing Plaintiffs' counsel indicated the number of opt-outs was 82, however the settlement administrator (Kroll) was made aware yesterday that it had previously mistakenly duplicated the count of 5 opt-outs, resulting in an overstatement of the number. The correct number of opt-outs is also reflected in the Kroll status report forwarded to chambers yesterday by LensCrafters' counsel.

                                                                 Respectfully submitted,

                                                                 */s/ Geoffrey Graber*
                                                                  Geoffrey Graber

cc:      Counsel for All Parties (via ECF)